

# NUMBER 13-20-00160-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

SUPERIOR HEALTHPLAN, INC.
AND BANKERS RESERVE LIFE
INS. CO. OF WISCONSIN,                                          Appellants,

v.

LEGACY HOME HEALTH AGENCY, INC.,
LEGACY THERAPY CENTER, INC.,
LEGACY HOME CARE SERVICES, INC.,
AND LEGACY ADULT DAY CARE, INC.,                               Appellees.

---

On appeal from the 139th District Court
of Hidalgo County, Texas.

---

# ORDER

**Before Justices Benavides, Longoria, and Tijerina**
**Order Per Curiam**

This cause is before the Court under Texas Rule of Appellate Procedure 24.4 on

appellants Superior Healthplan, Inc. and Bankers Reserve Life Ins. Co. of Wisconsin's motion for review of the trial court's December 16, 2020 orders sustaining appellees objections to appellants' supersedeas bond and compelling appellants to respond to post-judgment discovery. *See* TEX. R. APP. P. 24.4. The Court issued a temporary order staying the orders and requesting a response from appellees. We also permitted appellants to file an amended supersedeas bond and the trial court to review the same.

Appellants have since filed an amended supersedeas bond, and appellees have objected to the amended bond. Considering this development, appellants' request for us to review the propriety of the original bond is now moot. Accordingly, we DISMISS as moot appellants' combined motion to determine the appropriate bond amount and vacate the original supersedes order. Our ruling is without prejudice, and the parties may seek review of any ruling on the amended bond.

On December 23, 2020, we ordered all post-judgment discovery and collection proceedings to be stayed. This ruling remains in effect pending further order of this Court.

PER CURIAM

Delivered and filed on the
10th day of March, 2021.

2